

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00296-CR

Vincent Trevino **GOMEZ** Jr.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12346
The Honorable Jennifer Pena, Judge Presiding

## O R D E R

Appellant's brief was originally due November 15, 2021. On November 15, 2021, appellant filed a motion requesting an extension of time to file the brief until January 14, 2022, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his/her brief **by January 14, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court